# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

BENEDICT LEROY PSICK, JR., and
ANTONIO GONZALES MORENO, JR.,

      Plaintiffs,

v.                          **ORDER**
                            Civil File No. 11-3101 (MJD/JSM)

WELLS FARGO BANK, N.A.,

      Defendant.

Timothy L. Thompson, Housing Preservation Project, Counsel for Plaintiffs.

Ellen B Silverman, Hinshaw & Culbertson LLP, and Stacie C. Knight and T. Thomas Cottingham, III, Winston & Strawn LLP, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron filed July 23, 2012. Plaintiffs filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Mayeron filed July 23, 2012.

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron filed July 23, 2012 [Docket No. 23].

2. Wells Fargo's Motion to Dismiss Plaintiffs' Complaint [Docket No. 9] is **GRANTED** and the Complaint is **DISMISSED WITH PREJUDICE**.

3. Wells Fargo's Motion to Dissolve Temporary Restraining Order is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: September 4, 2012        s/ Michael J. Davis
                                Michael J. Davis
                                Chief Judge
                                United States District Court